IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAURI LAWTON-GREITZER, ) <br> ) <br> Defendant. ) <br>_____) | 2:09-cv-01234-GEB-DAD <br><br> <u>ORDER CONTINUING</u> <br> <u>STATUS (PRETRIAL</u> <br> <u>SCHEDULING) CONFERENCE</u> |

Plaintiff states in the Status Report filed July 27, 2009, "[o]n July 7, 2009, the Clerk of the Court entered a default[;]" and Plaintiff is seeking entry of default judgment.

Therefore, the status conference scheduled for August 10, 2009, is continued to commence at 9:00 a.m. on November 30, 2009. A Status Report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is only required to explain the status of the default judgment.

Dated:  August 6, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1