IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                            No. CIV S-09-1234 GEB DAD

    v.

LAURI LAWTON-GREITZER, D.C.,

        Defendant.                       <u>ORDER</u>

_____/

        Plaintiff has filed a complaint for judgment against the defendant on defaulted student loans. The proceeding has been referred to the undersigned in accordance with Local Rule 72-302(c)(16). Before the court is plaintiff's motion for entry of judgment (Doc. No. 8) filed on July 7, 2009.

        Plaintiff's motion appears to have been brought pursuant to Fed. R. Civ. P. 55(b)(2)[1] but has not been noticed for hearing. Local Rule 78-230(b). Counsel for plaintiff will be directed to notice the motion for hearing before the undersigned on a regularly scheduled law

/////

/////

---

[1] Motions for entry of default judgment under Fed. R. Civ. P. 55(b)(2) are also referred to the magistrate judge. Local Rule 72-302(c)(19).

1

1 and motion calendar in keeping with the above cited rule and to serve the filed notice of motion
2 on defendant.[2]

3      IT IS SO ORDERED.

4 DATED: September 4, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.civil\lawtongreitzer.ord.mdj

---

[2] Plaintiff has already served its motion, supporting declaration and proposed judgment on plaintiff.  However, the court would request that counsel for plaintiff be prepared to address at the hearing, or prior thereto by filing a supplemental memorandum served on defendant, the damages sought by plaintiff in a sum certain as well as the computation by which that sum was arrived at.