IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAURI LAWTON-GREITZER,<br><br>Defendant. | Case No.: 2:09-CV-01234-GEB-DAD<br><br>JUDGMENT |

    The United States, on behalf of its Department of Health and Human Services, moved that the Clerk enter a default judgment against Defendant Lauri Lawton-Greitzer pursuant to Federal Rule of Civil Procedure 55(b)(1). The United States of America caused Lauri Lawton-Greitzer to be served with a summons and complaint on May 15, 2007. Ms. Lawton-Greitzer failed to appeared or file an answer. The Clerk of Court entered a default against Ms. Lawton-Greitzer on July 7, 2009.

    The complaint sought a judgment against Ms. Lawton-Greitzer because she defaulted on the payment of her student loans. Copies of the promissory notes executed by Ms. Lawton-Greitzer were appended to the Complaint. Declarations appended to the motions for entry of a default judgment attest that Ms. Lawton-Greitzer is indebted to the United States in the principal sum of $36,959.99 with interest accruing at a variable rate of no less than 4.75% from and after October 29, 2008, until paid in full, together with a surcharge of 10% of the debt, in lieu of attorneys' fees and costs pursuant to 28 U.S.C. §3011.

**WHEREFORE**, a default judgment against Defendant Laurie Lawton-Greitzer is hereby entered in the principal sum of $36,959.99 with interest accruing at a variable rate of no less than 4.75% from and after October 29, 2008, until paid in full, together with a surcharge of 10% of the debt, in lieu of attorneys' fees and costs pursuant to 28 U.S.C. §3011.

Dated this 15th day of September, 2009

                                         VICTORIA C. MINOR
                                         Clerk, United States District Court

                             By:    A. Benson
                                         Deputy Clerk